IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA SPINA,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE CO., ET AL.,<br><br>    Defendants. | No. C 14-3516 CW<br><br>ORDER RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

According to the Court's October 30, 2014 case management order, Plaintiff's motion for summary judgment was due on May 7, 2015. To date, Plaintiff has not filed a motion or a request for extension of time. If Plaintiff does not file her motion within one week of the date of this order, the Court will dismiss her case for failure to prosecute.

IT IS SO ORDERED.

Dated: 05/08/2015

CLAUDIA WILKEN
United States District Judge