David M. Lilienstein  (State Bar No. 218923)
DL LAW GROUP
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 678-5050
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com

Attorney for Plaintiff,
DEANNA SPINA

SEDGWICK LLP
MARK J. HANCOCK  Bar No. 160662
mark.hancock@sedgwicklaw.com
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94101-2834
Telephone:    (415) 781-7900
Facsimile:     (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY;
KAISER FOUNDATION HEALTH PLAN, INC. LONG
TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA SPINA,<br><br>            Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; KAISER FOUNDATION HEALTH PLAN, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 10,<br><br>            Defendants. | Case No. 4:14-cv-03516 CW<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that the above-captioned action be and hereby is dismissed with prejudice

pursuant to FRCP 41(a)(1).  Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED:  May 13, 2015          SEDGWICK LLP.

                                      By:  */s/Erin A. Cornell*
                                            Mark J. Hancock
                                            Erin A. Cornell
                                            Attorneys for Defendants
                                            METROPOLITAN LIFE INSURANCE COMPANY,
                                            KAISER FOUNDATION HEALTH PLAN INC.
                                            LONG TERM DISABILITY PLAN

DATED:  May 13, 2015          DL LAW GROUP

                                      By:  */s/ David M. Lilienstein* (as authorized on 5/12/2015)
                                            David M. Lilienstein,
                                            Attorneys for Plaintiff
                                            DEANNA SPINA

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

DATED:  05/13/2015          *[signature]*
                                        Honorable Claudia Wilken
                                          United States District Judge