1  David M. Lilienstein  (State Bar No. 218923)
   DL LAW GROUP
2  345 Franklin St.
   San Francisco, California 94102
3  Telephone: (415) 678-5050
   Facsimile:  (415) 358-8484
4  E-mail:  david@dllawgroup.com

5  Attorney for Plaintiff,
   DEANNA SPINA
6
   SEDGWICK LLP
7  MARK J. HANCOCK  Bar No. 160662
   mark.hancock@sedgwicklaw.com
8  REBECCA A. HULL  Bar No. 99802
   rebecca.hull@sedgwicklaw.com
9  ERIN A. CORNELL  Bar No. 227135
   erin.cornell@sedgwicklaw.com
10 333 Bush Street, 30th Floor
   San Francisco, CA  94101-2834
11 Telephone:    (415) 781-7900
   Facsimile:    (415) 781-2635
12
   Attorneys for Defendants
13 METROPOLITAN LIFE INSURANCE COMPANY;
   KAISER FOUNDATION HEALTH PLAN, INC. LONG
14 TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA SPINA,<br><br>          Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; KAISER FOUNDATION HEALTH PLAN, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 10,<br><br>          Defendants. | Case No. 4:14-cv-03516 CW<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

20154304v1

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

pursuant to FRCP 41(a)(1).  Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**


DATED:  May 13, 2015        SEDGWICK LLP.

                                             By:  */s/Erin A. Cornell*
                                                   Mark J. Hancock
                                                   Erin A. Cornell
                                                   Attorneys for Defendants
                                                 METROPOLITAN LIFE INSURANCE COMPANY,
                                                 KAISER FOUNDATION HEALTH PLAN INC.
                                                 LONG TERM DISABILITY PLAN

DATED:  May 13, 2015        DL LAW GROUP

                                             By:  */s/ David M. Lilienstein* (as authorized on 5/12/2015)
                                                   David M. Lilienstein,
                                                    Attorneys for Plaintiff
                                                   DEANNA SPINA


## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

DATED:  05/13/2015        _____
                                      Honorable Claudia Wilken
                                        United States District Judge